The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Justin Andrew Harvey*
   *v. Commonwealth of Virginia*
   Record No. 0723-21-2
   Opinion rendered by Chief Judge Decker on
   January 24, 2023

2. *Quincy Dione Baskerville, s/k/a*
   *Quincy Dionne Baskerville*
   *v. Commonwealth of Virginia*
   Record No. 0837-21-2
   Opinion rendered by Judge Causey on
   February 21, 2023

3. *Akeem Alee Calokoh*
   *v. Commonwealth of Virginia*
   Record No. 0226-22-4
   Opinion rendered by Judge AtLee on
   February 28, 2023

4. *Katherine Louise Carter,*
   *Executor of the Estate of Worth Harris Carter, Jr., Deceased*
   *v. Wake Forest University Baptist Medical Center and*
   *Wake Forest University Health Services*
   Record No. 0309-22-3
   Opinion rendered by Judge White on
   March 7, 2023

5. *Shaquawn Demonte Warren*
   *v. Commonwealth of Virginia*
   Record No. 0533-22-1
   Opinion rendered by Judge Humphreys on
   March 7, 2023

6. *Bradford T. Cellucci*
   *v. Commonwealth of Virginia*
   Record No. 0195-21-4
   En banc opinion rendered by Chief Judge Decker on
   March 14, 2023

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Nicholas DeLuca, s/k/a, etc.*
   v. *Commonwealth of Virginia*
   Record No. 1150-20-4
   Opinion rendered by Judge Russell
     on October 26, 2021
   Judgment of Court of Appeals affirmed by published order on April 13, 2023
   (220185)

2. *Nicholas DeLuca*
   v. *Commonwealth of Virginia*
   Record No. 1151-20-4
   Opinion rendered by Judge Russell
     on October 26, 2021
   Judgment of Court of Appeals affirmed by published order on April 13, 2023
   (220185)

3. *Craig Carnell Maryland*
   v. *Commonwealth of Virginia*
   Record No. 0254-22-2
   Opinion rendered by Judge White
     on September 20, 2022
   Refused (220680)

4. *Andrew Joseph Haefele*
   v. *Commonwealth of Virginia*
   Record No. 0508-21-2
   Opinion rendered by Judge Beales
     on October 18, 2022
   Refused (220747)

5. *Anthony Patrick Washington*
   v. *Commonwealth of Virginia*
   Record No. 1256-21-2
   Opinion rendered by Chief Judge Decker
     on October 18, 2022
   Refused (220486)